AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Darrell A HARDIN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:21-mj-101<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____, 20___ in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | -Knowingly possessing a firearm by a convicted felon |
| 18 USC 922(g)(9) | -Knowingly possessing a firearm after a conviction for a misdemeanor crime of domestic violence |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S Chappell   ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/11/2021

_____
*Judge's signature*

City and state: Columbus Ohio

Chelsey M. Vascura   US Magistrate Judge
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Darrell A. HARDIN**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Darrell A. HARDIN for—while knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year *and* a misdemeanor crime of domestic violence—knowingly possessing a firearm, and the firearm was in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(9) and 924(a)(2).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that HARDIN committed this offense.

4. On or about February 2, 2021, uniformed CPD Officers were dispatched to the McDonald's restaurant located at 3550 East Broad Street, Columbus, Ohio. Police Dispatch had received two separate calls regarding a disturbance. One caller stated that a male and female were fighting, and a second caller stated that her cousin had head butted her and had fired a gun.

5. Once at the scene, officers observed a male, later identified as Darrell HARDIN, and a female. Officers observed HARDIN holding a small silver pistol in his hand. HARDIN was instructed to drop the gun, which he did. HARDIN was then detained.

6. Officers spoke with the female at the scene. She stated that she knows HARDIN and refers to him as a cousin even though they are not related by blood. She stated that she was at 67 Broadland Lane (a few blocks from the McDonald's) when HARDIN showed up. She stated that HARDIN was extremely intoxicated and when she went to hug him, he head butted her in the face. She stated that HARDIN then went outside and fired his gun into the air. She stated that she did not want him to get away, so she followed him outside while calling 911. Officers asked the women for her identification, which she refused. She stated that she wasn't a victim and walked away from officers. Officers did not observe any visible injuries on her.

7. HARDIN was asked about the firearm and he stated that he carried it for protection. Officers noted that HARDIN appeared intoxicated. A record check of HARDIN showed that he had a lengthy criminal history with multiple convictions that would prohibit him from possessing a firearm. HARDIN was arrested.

**PROBABLE CAUSE AFFIDAVIT**
**Darrell A. HARDIN**

8. HARDIN was transported to CPD Headquarters for an interview and processing. Once at CPD Headquarters, HARDIN was read his constitutional rights, which he waived. HARDIN repeated his claim that he carries the firearm for protection. HARDIN further stated that he had possessed the gun for about four months and had obtained the gun from a Hispanic male. HARDIN denied shooting the gun earlier in the evening.

9. HARDIN was prohibited from possession of a firearm based upon having been previously convicted of the following crimes, each punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case 95CR006437 for possession of drugs.
    b. Franklin County Ohio Court of Common Pleas case 98CR001867 for receiving stolen property.
    c. Franklin County Ohio Court of Common Pleas case 03CR001169 for forgery.
    d. Franklin County Ohio Court of Common Pleas case 10CR006455 for felony domestic violence.

10. HARDIN was sentenced to a 17-month term of imprisonment for his felony domestic violence conviction in Franklin County case 10CR006455.

11. HARDIN was also prohibited from possession of a firearm based upon having been previously convicted of a misdemeanor crime of domestic violence:

    a. Franklin County Ohio Municipal Court case 2005CRB006302 for domestic violence.

12. Your Affiant confirmed via ATF resources that the firearm seized from HARDIN on or about February 2, 2021—a Taurus G2s 9mm pistol bearing serial number TMD67740, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

13. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern District of Ohio.

14. Based on this information, your affiant believed probable cause exists that HARDIN—knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and knowing that he had been previously convicted of a misdemeanor crime of domestic violence—knowingly possessed a firearm, that is, a loaded Taurus G2s 9mm pistol, bearing serial number TMD67740, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(2).

*[signature]*
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of ___February 11, 2021___, at ___3:57pm___ Columbus, Ohio.

*[signature]*
**U.S. MAGISTRATE JUDGE**